208 F.3d 918 (11th Cir. 2000)
 JOHN D. CHAPMAN, Plaintiff-Appellant,
v.
AI TRANSPORT; AMERICAN INTERNATIONAL ADJUSTMENT COMPANY, INC., et al., Defendants-Appellees,
 Nos. 97-8838, 97-9086 & 97-9269
 UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
 April 3, 2000
 
 Appeals from the United States District Court for the Northern District of Georgia
 (Opinion July 13, 1999, 180 F.3d 1244, 11th Cir., 1999)
 Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.
 
 B Y T H E C O U R T :
 
 1
 A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 
 
 2
 IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.